To: The Honorable Thomas E. Johnston

P.O. Box 2546

Charleston, WV 25301

Re: Character reference for David Runyon

My name is Harrison Abbott, Jr. I am 56 years old, married, father and grandfather. I am an ordained Minister of the Gospel and currently serve as Pastor of the Guyandotte Baptist Church at Jesse, West Virginia. I have served as Pastor there since 1993. I am an employee of Arch Coal at their Mountain Laurel Complex located at Sharples, West Virginia. I have been employed with Arch Coal since 1991 beginning at their Ben Creek operation. I started as an underground continuous miner operator and currently I am the Skills Development Trainer at Mountain Laurel.

I became, acquainted with Dave at the Ben Creek operation and have known him for many years since. Our jobs at first were quite different therefore I did not have much interaction with Dave in the beginning. However, anytime that Dave would come underground or anytime that he would see me, he always took the time to ask how things were going and if there was anything he could do for me. He wanted to make sure that my equipment was operating safely but more importantly, he expressed his concern for my personal safety. As time passed I began to temporarily section boss at the mine and Dave's role with the company changed as well. It was then that we really began to build a relationship that only grew stronger as time passed. It is a relationship with a person that I am grateful to have experienced.

I eventually took the role as section foreman and Dave continued to advance to Mine Manager and then to General Manager. It was during these times in our careers that we began to have a real, working relationship. I could always approach Dave at any time and find that he always had time to talk with me about whatever. He never brushed me off or made me feel as if I wasn't important to him or to the company. Dave made everyone feel that they were an essential part. When the Mountain Laurel Complex began operation Dave went there as General Manager and I transferred there in March of 2006. It was here that Dave and I really began to work more closely together because Arch implemented a Behavior Based Safety process and I was chosen to be the facilitator for the process. I had no idea what to do because all that I had ever been was an underground miner and I never had to lead a team or take an infant project and guide it to maturity. I really believe that Dave knew this but I also believe that he had confidence in me and he did not hang me out to dry, but was continually there providing guidance and encouragement to me and the other team members. The process excelled as a result of cooperation and team work from everyone that I feel began with Dave because of his concern for the safety of all the employees at the mine.


EXHIBIT
B

During the time at both operations Dave proved himself to be an excellent manager and respectable leader. The years we worked together saw some pretty tough times for the coal industry. The economy as well as some challenging underground conditions at several times had people spooked and worried about our jobs. Dave would come to the mine on all shifts and speak to us all. He told us just what was what and what we all needed to do to ensure that we did not fall victims to an angry coal market. When everyone seemed down and out Dave reassured us that we could survive as a team. He had a way to encourage everyone to give it our best and an uncanny way of knowing what each individual was capable of. As a manager and leader he displayed compassion and understanding for all of us.

As far as I know Dave never lied to me about anything. For example, when my oldest son graduated from high school he refused to go to college. He eventually tried to find employment in the mines but I would not help him because I really didn't want him to go in the mines. I knew the hazards of underground mining and I didn't want him exposed to such things. He was set though on going underground so I figured if he was going to work in the mines I wanted him to work where the safety and wellbeing of the employees was a value to those in charge. I wanted him with us. I talked with Dave and he said that company policy was that a trainee must first work for a year as a contractor and then they would hire them over as an employee of Arch. During a time that jobs in the mines were hard to come by, Dave helped my son get a job with the contractor and almost a year to the day; he was hired on as employee with Arch. I was sure it would have been forgotten by then but Dave kept his word. I was given an opportunity that few fathers get; that being the opportunity to train my own son as a good, safe coal miner.

On August 8, 2011 my son lost his life in a drowning accident. We searched for him for three days and two nights. As if this wasn't horrible enough to deal with, a person knows that he still has a commitment to his employer and his job. Dave attended my son's wake service (about a two hour drive for him to get there) and he knew that I loved my family greatly. He also knew that my job was important to me and that I was concerned about that as well. He knew that I was emotionally broken, he knew my wife was in worse shape than me, and that night at the wake Dave told me not to worry about my job, let him worry about it, take all the time I needed with my family, my job would still be there. For this I will be forever grateful to Dave, because with most companies and managers, the employee is a name and a number. A position that needs filled. With Dave his employees were persons on and off the job.

To sort of sum things up I'll say this about David Runyon. He never lied to me, he kept all his words. As I advanced in the company he was always there to provide support, encouragement, guidance and just be a friend if that was what I needed. He did this for others as well.

I was called to jury duty during the trial of a woman accused of murdering her husband. Before the trial began the judge gathered us together and told us to listen to all the testimonies, listen to all the facts presented and make a fair and correct judgment. Then he told us one more thing that has stuck with me for many years; he said remember all that I've told you but remember this as well, "Good people sometimes do bad things". I hope that Your Honor will take these words into consideration as well.

Respectfully,

Harrison Abbott, Jr.

# BROWN LAW OFFICE

Nathan D. Brown, Esq., MBA
208 Logan Street
PO Box 277
Williamson, West Virginia 25661
Telephone:    304-236-5931
Facsimile:    304-236-5932
ndblawoffice@gmail.com

September 20, 2014

Honorable Thomas E. Johnston
PO Box 2546
Charleston, West Virginia 25301

### RE: David E. Runyon

Dear Honorable Judge Johnston:

My name is Nathan D. Brown, and I am an attorney in Mingo County, West Virginia, and also serve as an assistant prosecuting attorney for the same. However, it is my intent in writing this letter that it is viewed through the lens of friendship rather than as an officer of the Court.

As I write this letter, it is with a heavy heart. I have known Mr. Runyon for nearly fifteen (15) years, and I can attest that he is good, decent man and known to have an exemplary record within the community in which he lives. I have personally seen Mr. Runyon participate in charitable events, give when he did not have to and help others in a time of need. I am an example and by product of such acts.

I first met Mr. Runyon when I was a young man at the age of twenty-one (21). At the time, I was recently divorced and a single dad. Although I had previously worked, I was laid-off, unemployed, looking for work and trying to complete an associate's degree at a local community college. As part of a job search, I approached Mr. Runyon, who at the time was a mine manager of a single coal mine, and asked if he had any positions which may be available. After explaining my situation, Mr. Runyon indicated he really did not have work available at the time; however, he would hire me on one condition: that I complete my college degree as I worked, and, if needed, he would allow me to work a schedule that would allow me to complete such a task. As I walked away from that meeting, I knew I was blessed for having met Dave Runyon that day. As time progressed, I did in fact complete my college degree, and Mr. Runyon did in fact allow me to work various schedules which allowed me to do the same. If it were not for Mr. Runyon's generosity, I would not have been able to obtain my undergraduate degree and Master's Degree in Business Administration, nor would I have been able to call myself an

1

attorney today. Because of Mr. Runyon's kindness, I was able to obtain the foundation in life I needed to succeed.

As personal to me as that may be, this is not the sole reason I judge Mr. Runyon to be a man of character. As mentioned previously, although I have not worked for him now for some time, we have remained friends over the last fifteen (15) years. I have personally seen instances where Mr. Runyon would help local community members or fellow employees. For example when Mingo County received devastating floods a few years ago, Mr. Runyon was the first to help those in his community to rebuild and repair damage to their property and belongings.

During the holiday season, Mr. Runyon was the first to help a needy family or donate to local charities to help others in need. Furthermore, as both a mine and general manager, Mr. Runyon could be counted on to help members in the local community find work if those people were willing and able to work. In short, Mr. Runyon gave members of the community an opportunity to work close to home in decent, good paying jobs that otherwise may have not been available to these individuals. Additionally, it is difficult to really gage the number of individuals who have benefited from Mr. Runyon's generosity as he was not boastful to others for the good deeds he performed.

Up to this point, Mr. Runyon, who is in his mid- forties, has lived an exemplary life as valuable member of his community with no known infractions to his record. Additionally, Mr. Runyon has a son and wife which depend on his presence and each brings joy to the other's life.

Mr. Runyon does not contend what he did was not wrong; however, he has admitted his fault and will accept the consequences of the same. However, when considering the sentencing handed down to Mr. Runyon, I ask this honorable Court to consider his life as a whole, and not a moment in time, and pray that Mr. Runyon is afforded the leniency which he gave to others so many times throughout his life.

Sincerely,

Nathan D. Brown

2

September 23, 2014

The Honorable Thomas E. Johnston

P. O. Box 2546

Charleston, West Virginia 25301

My name is Daniel K. Donnelly. I am a 57 year old married coal miner with three children and five grandchildren. I live in Mount Hope, West Virginia. I am currently employed as an hourly employee at Arch Coal at the Mountain Laurel mine. I have worked for this company since 1992 and this is when I first met David Runyon. I have worked with Dave for the past 22 years and watched him progress through various supervisory and management positions within the company. During this time, I have found him to be very fair, loyal, and honest with all employees. He is also a man that believes in second chances. I know of more than a few employees that he gave a second chance at employment after they left the company thinking they were making the right decision for themselves and their families, only to find out they had made a mistake. He always said he would never hold it against a man that was trying to do better for himself and his family and he didn't.

Through our many conversations over the years, I found him to be a very proud, loving, and devoted family man. No matter what we were discussing, he usually always took the time to ask about my family and personally helped me and my family through two very difficult periods in our lives.

The first one was in 1995 when my wife was diagnosed with AML leukemia. Her treatment required many months of treatment and eventual bone marrow transplant in 1997 at the Cleveland Clinic Hospital which is six hours from our home. I was very worried about my job because of the amount of time required away from work to help my wife fight her disease. Dave's message to me was "you take care of your family and I will take care of your job" and he did. He allowed me the flexibility to work and also spend the necessary time to take care of my family. This is something I will always be thankful for and I am not sure we would have had the positive outcome had we not been able to receive treatment at a large hospital so far from home. My wife remains cancer free.

The second one was when my older son became addicted to prescription drugs which was devastating to our family. When Dave learned of our problem, the first thing he said to me was "what do you need me to do for you? We will do whatever it takes to get him the help he needs". He told me to decide what I thought was the best way to help my son and he would be with me 100 percent. He helped us find a good rehab facility and took the time to sit down with my son and have a man to man talk as a friend not as a boss or manager. He was able to say the things to him that would have been difficult to say as his father. My son still remembers that talk and is three years into recovery and is working and providing for his family.

These are just a couple of examples of the David Runyon I know and I am sure there are others that could tell similar stories. I share these very personal stories in hopes that you will consider them when judging the character of David Runyon.

Sincerely,

Daniel K. Donnelly

9/15/2014

The Honorable Thomas E. Johnston

PO Box 2546

Charleston, WV 25301

You're Honor,

My name is Betty Olson; I am a previous employee of Arch Coal. I was David Runyon's assistant for three years at Mountain Laurel. I am presently employed by the City of Charleston as an Auditor. I would like to share thoughts and feeling on the man David Runyon is. I am a very private person. I do not tell people my business nor do I get close to people I work with. At Mountain Laurel it was a family atmosphere and very easy to feel welcome from the start. It saddens me very deeply that Dave is in this situation.

I would like your honor to know that there is no other person like Dave. He is a generous and caring man. He also said to me often "If you need anything, anything let me know". So when I had a problem he was there to help me. My sister was diagnosed with cancer the first year I was employed at mountain Laurel. Dave always said "family first" and never mentioned the time I had to take off. I worked on the Christmas Fund at Mountain Laurel. It was organized to help the needy children from 12 schools. I have seen Dave pay for gifts himself when we would exhaust all of the funds. No child was left out because of Dave. Another example of his character was when he bought a waitress a baby bed for her baby. If that don't say what this man is, I don't know what will. He always came to the Christmas Party we had for all the employees' children. He knew everybody's name and talked with everyone. He gave a lot of his time to the community of Sharples. I ran into Dave and his wife in August and the last thing he said was "if you need anything call us". He is always thinking of others.

I could fill a booklet with situations that Dave has done to help others, but I won't. I realize he has done wrong and he is going to pay for his mistakes. I hope a lengthy prison term is not is in his future. He can do more for his friend's family and community being home than being incarcerated. David Runyon is my friend and I am proud to call him that.

Sincerely

Betty Olson

Honorable Thomas E. Johnston
Po Box 2546
Charleston, West Virginia
25301

Dear Honorable Judge Thomas E Johnston,

My name is Genevieve Laing Washington Mosby. I was born in Raleigh County West
Virginia. Move to Mingo County with my parents at the age of two. Attended Delbarton
elementary school and made it to Burch high until my 11th grade year. At that time I was
homebound due to my illness, Crohn's disease. I was able to graduate with my class. After
that I attended a all girls school Stuart Hall in Staunton Virginia. Due to my illness I stayed
for six months came back home. I did manage to get a pharmacy tech degree, but never
stayed well enough to use it. I am a stay-at-home mom now, also working for my dad in his
office when I can. Also I teach Sunday school at Conley Memorial Baptist Church..

My first encounter with Dave was, his first job working for my dad. I was six years old and
being a little nosy kid I was started a conversation with some bonkers candy. After that we
were friends until the end. I remember seeing Dave at church in my dad's class and he steal
would give me the attention that I demanded from him.
Dave had a friend with him always named Keith. They were the stars of our local high
school football team with Dave being the quarterback and Keith bank the tailback. Those two
were something to watch!!

As I grew older after I graduated I would always see Dave and Keith together. Dave was so
good to me always checking on me making sure I was staying out of trouble and checking
on my health. One time after one of my many surgeries I called Dave in tears. I was on my
way back from Duke medical center and had gotten lost. Dave took time out of his busy day
to stay on the phone with me to make sure I got straightened out. Call me back many times
to make sure I was on track headed back home to West Virginia..

Years passed by and I started going out with Dave's best friend more like a brother Keith.
See we live in a royal community dominated by white population more than anything in this
small town of Delbarton. But here's the deal Keith is black. Not that it matters but, to sum it
still does . Dave saw no color or treated Keith any different. Dave is just that way. Dave
and his family took Keith in and raised him as a Runyon. My opinion they made Keith who
he is today.

Keith is now my husband and we have a seven year old daughter together Ahmaryah .
I was so scared because coming from a strong Christian background, I knew I needed to be
married before having a baby. Yet again I called Dave in tears his  reply" it's going to be
okay, your mom and dad will love the baby no matter what ."

That statement was true. My child means the world to me and my family. I was never
supposed to have kids. God felt different. I say that to make you understand why I chose
Dave to be her godfather. There's never been a time I have asked Dave for advice,
directions, or anything he didn't go out of his way to give made the best of what I needed. If
something happened to Keith and I, I am 100% sure he would do the same for my daughter
Ahmaryah..

Ahmaryah has grown up around Dave and Kim she loves them very much. They treat her as if she already belongs to them..

In closing I could go on and on abbut how great Dave is. But Judge Thomas E Johnston if you have children you know the love you have for them. In my case my miracle baby is the one and only child for me. For me to choose Dave as her Godfather is telling you what kind of man Dave truly is.

Sincerely from the heart

Genevieve Laing Washington Mosby

Honorable Thomas E. Johnston
PO Box 2546
Charleston, WV 25301

Honorable Thomas E Johnston,

We are writing this letter on behalf of David Runyon. My name is Troy Hinkle and my wife's name is Cynthia Hinkle. I am a retired coal miner and my wife is an Accounting Clerk. We have a combined total of over 40 years in the mining industry. We have known David and his family for over 20 years and have worked with him for many of those years. He has always been a decent, compassionate person and has personally helped us numerous times throughout the years.

I, Troy Hinkle, had always been an underground miner and I had a tumor in my ankle and had to have surgery one year. I was going to have to be off work for several months so I called David to let him know. David told me as soon as the doctor gave me my release to return to work for light duty to let him know. He allowed me to work as a dispatcher so that I wouldn't be on my feet all night but would still be able to work.

Later I had to have back surgery and was going to be unable to go back underground I called David once again and explained my situation and when I was able to return to light duty work he allowed me to work outside in the shop. I will always appreciate the kindness and respect that he showed me as an employee and friend.

I, Cynthia Hinkle, was trying to work, take care of my Dad who was dying of cancer and take care of my Mom who has Alzheimer's. I was struggling to do everything that needed to be done. David asked me what he could do to help me? Did I need time off; did I need to change my work schedule so I could be with my Mom & Dad more? Just tell me what I can do to make things easier for you. He allowed me to arrange my work schedule so that I could be with my Mom and Dad during the times when I couldn't make arrangements for other people to be there with them. I was able to be with my Dad before he passed away and that was such a blessing.

When my Dad passed away David was there for me at the wake once again. He told me to take as much time off work as I needed to. He knew I would now have to make arrangements for my Mom and work out how we were going to care for her. He was concerned about my family and me and helped me through probably the single most difficult time in my life. I will always be grateful for his kindness.

This is some of the things that David has done to extended the hand of friendship to us. We are now just trying to do the same for him.

Sincerely,
*Troy & Cynthia Hinkle*
Troy & Cynthia Hinkle

Honorable Thomas E. Johnston
Po Box 2546
Charleston, West Virginia
25301

Dear Honorable Judge Thomas E Johnston,

My name is Alfred Keith Washington Mosby I was born in Queens New York. I come to West Virginia, Mingo County in 1979 my first encounter with Mr. David Runyon was at Delbarton grade school on the playground at the basketball court, Mr Runyon hit me in the head with a basketball and that's how we met, we got into it it's been so long ago I don't remember what happened but anyway that's how we became friends..I was in the fifth grade and I have known David for 35 years we played midget league basketball and football. Junior high basketball and football. High school football and basketball together.

I came to West Virginia from New York after my mother and father separated. My mother raised me. I got real acquainted with Dave playing sports with him. I would stay with Dave at least one or two times a week during school. Back then that was unheard of, someone letting their kids stay on school night.

The truth is Dave and his family took me right in as their family. Even though I was African American they took me right in and treated me as their family. My mom got really sick with cancer when I was in high school, that's when I finally moved in with Dave for some time. Dave has a big heart treating me like the brother I never had.

Dave would always come and get me and take me to and from practice when I didn't stay with him. I told him not to that it that I would thumb but he would not have it any other way. Never asking for anything in return.

I lost touch with my father for a couple of years, Nancy Dave's mother and Dave got in touch with him to get my teeth fixed. My teeth were in really bad shape. Dave and his mom would always take me to the dentist. My mother did not drive. I had no way of getting there other than them.

I went on to play college football for Pikeville College in Kentucky and then transferred on a scholarship to Marshall university. I didn't make it very long because of previous sports injuries and my grades slipped. Also my girlfriend at the time became pregnant with my first child. I knew that it was time for me to become a man.

I called home and talked with Dave's father Dallas. He put me to work at Old Ben Coal Company for six years until it shut down. After that I worked for Dave at arch coal for 17 years and counting. He also gave some of my family members a job to get them off the streets because they had went the wrong way in life. Dave has given lots of people opportunities to change their lives.

He's taken care of me my whole life. Even help me out with personal problems that I don't really want to talk about. Dave got so many people off the street and changed their lives. There's not enough money that I could repay him for all the things he's done for me and my family. The only way to repay Dave has been to be the best coal miner I could be. I've never missed a scheduled day of work and can run every piece of equipment.

In closing I can honestly say I have known David my whole life. He is one of the most compassionate caring people I know. God made our paths cross for more reasons than one. I hope this gives you a insight on what kind of person David Runyon truly is.

Sincerely

Alfred Keith Washington Mosby

August 25, 2014

Honorable Thomas E. Johnston

PO Box 2546

Charleston, WV 25301

Julia Collins

RR 1 Box 21

Kermit, WV 25674

Dear Judge Johnston:

I am assistant principal at Tug Valley High School and have been in education for the past twenty two years. I became friends with David Runyon approximately four years ago when my grandson worked for Mountain Laurel Coal Company. On three different occasions David attempted to intervene and guide my grandson in the right direction. David Runyon is the most compassionate person I have ever known.

In addition, David and his wife Kim were supporters for Tug Valley High School's football team. Approximately two years ago, David had goal posts placed on the football field and helped get the field ready for the first football game. David is a person who will help anyone in need. Numerous times David told me to contact him if any student needed anything and he would take care of it. David Runyon has been the only person in my career that has made this offer.

I pray you will show as much mercy and compassion as David has toward my family and the community and give him the lightest sentence possible. Although David has made a mistake, I will always believe, "David Runyon is a good man". Thank you in advance for this consideration.

Sincerely,

*Julia M. Collins*

Julia M. Collins

P.O. Box 137
Lenore, WV 25676

September 15, 2014

The Honorable Thomas E. Johnston
P.O. Box 2546
Charleston, WV 25301

Dear Judge Johnston,

My Name is Pamela S. Hatfield. I am a licensed Advanced Practice Registered Nurse (APRN)
and am board certified and licensed as a Family Nurse Practitioner in the state of WV. I practice
at Logan Regional Medical Center. My medical career spans over a period of 20 years.

I am writing to you regarding David Runyon, a defendant in one of your upcoming court cases.
He is known to me as "Dave" as I will refer to here within. I have known Dave for more than 15
years in the capacity of friend, community, school and sports. We have children that are the same
age and have been friends throughout their years of school together, played sports together and
continue to be friends.

We are from a very small and somewhat poor community (population est.700, average annual
household income $40K). Dave has always been an integral part of our community. He is
committed to family and friends and sincerely cares about the people here. Throughout the years,
his generosity and commitment have extended to reach many individuals.

In particular, I would like to reference one occasion in which his act of kindness put smiles on
the faces of many kids. Our children attended Tug Valley High School (TVHS). This high school
has never had a strong sports program or strong sports leadership which from time to time has
caused the students moral to be low. They felt like no one cared about their school as oftentimes
they had difficulty even finding interested coaching staff. However in the Fall of 2012, all the
kids hard work finally paid off as the football team advanced to the state play offs. It had been
several years since they had this opportunity and without saying they were ecstatic.

On several occasions, Dave rented a chartered bus for our kids to travel the long distances to
play- off games. I remember the look on the kids faces as they saw the bus pulled into the school
parking lot. The laughter, the pictures, and their conversations were priceless along with the
sense of pride they felt as the bus pulled out. It was a memorable time they will always reflect
upon.

Further, Dave and his family always made sure the school had concession supplies to build our program and help the children that wanted to participate in sports but may not have had the means to do so.

I could give you many more examples of Dave's kindness, generosity and commitment but realize you have limited time. I understand Dave has made mistakes which have negatively impacted others as his guilty plea is a foregone conclusion. I would never disrespect the law or disregard his behavior by making excuses. However, I can only hope you take into consideration the valuable and contributing person before you. Although a small part, I hope I have enlightened you on the positive impact Dave has had among his friends, family and peers. I am confident that he will continue to help others and is deserving of another chance in society.

One cannot assume the heart of man but one can know..."The best and most beautiful things in the world cannot be seen or even touched – they must be felt with the heart." ~Helen Keller~

Thank you for taking the time to read my letter.

Sincerely,

Pamela S. Hatfield, MSN, APRN, FNP-BC
SANE-P
Director of Employee Health

Dear Judge Johnston,

I am a local Christian business man who was raised in Raleigh County, "Slab Fork" WV. I was educated at Greenbrier Military School, West Virginia Wesleyan College and West Virginia College of Graduate Studies, where I worked with Dr. Merel Scherr and his wife, attorney Lois Scherr, as a graduate intern at Bronco Junction in the Kanawha valley.

I migrated to Mingo County in the late 70s where my wife and I incorporated as Production Efficiency Corp (P.E.C) in Ragland, WV and have operated as a regional supplier of industrial batteries and chargers for the mining industry until the present.

I first met Dave while he was in high school during "pick up" basketball games at a local high school gym. In this 'no blood no foul" environment, I got to know Dave, and he became a member of our youth group at Connolly Memorial Baptist Church where I still teach the high school class on Sunday. Dave was very well mannered, articulate, obedient and effective as a student.

The summer after his senior year, he applied at P.E.C as a "summer" employee. He was excellent. We worked him like a bank mule.

The years passed. I saw Dave become an ARCH employee in management. Then, he emerged as "Long Wall Coordinator" at the Mingo Logan Mine.

I was underground repairing one day, and he came up to me with a sense of urgency, looked me in the eye and asked, "Can you guarantee me that I'll never be down during a long wall move because of batteries?"

I said, "Yes, but you'll have to do exactly what I tell you during your charge and work cycle, and when I tell you to buy batteries, buy them. Don't say 'fix them till next month; we don't have the money.' Don't hesitate. You don't have to buy them from me. Just keep solid product."

We shook hands and proceeded to set quite a few world production and move records during those years.

I can remember getting "turned around" one time during an underground battery inspection and Dave came running up and said, "Where are you going? Let me show you something."

He took me through a man door and showed me a line of cribs that had been powdered to saw dust. He said, "Stay where you need to be."

One Thanksgiving, I was in a squeeze on the receivable for about forty grand. I saw Dave washing his car. I said "You want to buy some receivables for interest?"

He said, "No interest. How much?"

I told him.

He said "No interest. Just pay it back by this date. Don't be late. Go to the bank. They will have it ready for you."

During his ascension in management, he would always give me an audience no matter where he was or what was going on.

My daughter Genevieve, who has Crohn's Disease, became pregnant. After Ahmaryah was born, she said "you and mom aren't going to be around forever. If I were to get sick and unable to care for Ahmaryah, who would?" After considering several people, Dave volunteered as Ahmaryah's God father.

I have seen Dave twice this year. Once was Easter Sunday. He said "You know, I can't help you at Arch. I got fired." I said, "This is not about Arch or what you did or did not do. I came here to tell you that I believe you are a fine young man. I know you'll make amends for whatever the situation demands. This too shall pass. You will get through and be stronger, wiser and more productive than you were in the past. Can I do anything for you?"

He said, "Tell the truth."

Respectfully Submitted,

Sam Woods

Ira Lee Gunnoe
234 Rocky Branch Road
Chapmanville, WV 25508

August 28, 2014

Honorable Thomas E. Johnston
P.O. Box 2546
Charleston, WV 25301

Dear Honorable Judge:

I am writing this letter on behalf of David Runyon. I started working as a coal miner at the Arch Coal/Mountain Laurel Complex in May 2006 under Mr. Runyon (Dave), as General Manager. He was always very concerned for the employees under his supervision. He never made me feel as though he was "too busy" to hear any concerns that I, or any other employee, had. He saw to it that we always had what we needed to do our jobs effectively and to protect us with the latest safety measures and equipment.

Dave has always treated me not only as an employee, but as a friend. He has never failed to approach myself and my wife when he would see us away from the mining complex. Whether it was at a restaurant, a football game (when his son was playing for Tug Valley against my son playing for Van), or a company-sponsored function, such as Family Day or Lunch with Santa, Dave always approached us to talk and made us feel comfortable.

Above and beyond the things that Mr. Runyon has admitted to, please take into account all the good things that Dave has done for the families of the men and women that work at Mountain Laurel Complex, when considering your sentencing for him.

Respectfully,

Ira Lee Gunnoe

BERNADINE MAYNARD
RR 3, BOX 158-A
DELBARTON, WV 25670

PHONE 304-475-2369
Email: b.maynard@suddenlinkmail.com

September 4, 2014

Honorable Thomas E. Johnston
PO Box 2546
Charleston, WV 25301

**RE: David E. Runyon**

The Honorable Judge Johnston,

My name is Bernadine Maynard and I work as a secretary at S&D Management Services, Inc. and I am writing on behalf of David Runyon, to request mercy and compassion when ruling.

I am an older cousin of David's and have known David to be a good family man, working every day and caring about family and the community. He is known to donate money and time at the schools and their sporting events, which shows he cares about children as well as the community. Many neighborhood men, friends and family (my brothers, nephew and neighbors) have called upon David for direction in seeking employment. After my daughter graduated high school, I called David and requested to drop off a resume for employment. David scheduled an interview, although she did not get the job, she did gain experience in interviewing; David also counseled her in continuing her education. I am proud to say she now has a master degree in psychology and works locally. David has always been well respected.

I respectfully beg for your mercy, our family has already suffered greatly this last two years. David's mother (my aunt) died June 2013; my mother-in-law died July 2013 and my father died October 2013. David's sister was recently diagnosed with cancer and is currently going through treatments. David's elderly father has been through a lot this last couple of years and depends greatly upon his children.

00579801.DOC

I thank you in advance for your kind consideration and compassion you show upon our family.

Sincerely,

Bernadine Maynard

Honorable Thomas E. Johnston
P.O. Box 2546
Charleston, WV 25301

 My name is Greg Dixon and I have my my living as a under ground coal miner for 38 years. I have known, and worked for, and with Dave Runyon for 21 years. He has been a very good friend to me over the years. Dave was an excellent Longwall Coordinator, Mine Manger, and General Manger. In every one of those positions he always made sure he stayed in touch with the workers, never putting himself above you. If he saw you, he would go out of his way to speak to you, even if he was with members of upper management. He made you feel like you were more than just a number. Dave made you feel human. He understood the value of a worker.

 Dave worked in management, but he was also for the workers.  There have been tough periods through out my 21 years with Arch Coal, but Dave always done every thing he could to keep us in a job. Our wages and benefits were among the best in the Coal industry, even through the tough times. I know Dave fought to keep these for us.

 On a more personal note Dave also understood the value of family. If you had a family crisis or problem, Dave would tell you to take as much time off as you needed. That came from his heart. My wife was killed in 2006 by an impaired driver. I was devastated. I tried to go back to work but I just could not function. Dave told me to take a leave of absence and take as much time off as I needed. I basically shut my self off from the rest of society. I refused to believe I had lost my wife. I was severely depressed. This went on for several months and not once was I pressured to come back to work. Finally after getting some help I went back to work.

 I was off work two more times over a two year period with severe depression again. The last time I just never showed up to work. Dave had Human Resources call me to get me set up on Sickness and Accident leave. I could have lost my job if not for Dave. My point being is he genially cared about you as a person. I will forever be grateful to him for helping me through the worst period in my life. I know Dave has also helped other employees through some personal tough times as well. I know he went above and beyond what most people in his position would have done.

 Dave was in a management position where he could do a lot of good for people. I know of several instances that he did, and there are probably a lot of others that I don't know about. Dave made things easier for people at work that had a sickness or physical problem so they would be able to continue to work and take care of their families. Dave has hired people that no other under ground Coal Company would have. People in their 60's or physically impaired are a couple of examples that I know of. I know Dave has also given to people desperately in need of food or money. All of these action are show of heart which I personally know he has.

 Dave gave me a second chance in life and I am asking you Sir, for leniency in his sentencing. Dave has done and will continue to do a lot of good for people. I am forever thankful and extremely proud to have him as a friend.

Thank You,

Gregory L. Dixon