UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO: 2:14-cr-00117
 (Judge Johnston)

DAVID E. RUNYON

**DEFENDANT'S MOTION TO EXCEED THE COURT'S
PAGE LIMIT FOR SENTENCING MEMORANDUM**

Pursuant to a prior order of this Court, defendant David E. Runyon is submitting his Sentencing Memorandum. Due to the number and nature of issues arising in this case, and its complexity, it has been necessary for defendant to prepare a memorandum exceeding the Court's five page limit. To effectively address the number of relevant issues in this matter and to effectively represent Mr. Runyon at sentencing, we respectfully ask this Honorable Court to permit counsel to exceed the page limitation.

Accordingly, defendant respectfully asks this Honorable Court to approve and accept his Sentencing Memorandum as filed this date.

**DAVID E. RUNYON,**

**By Counsel,**

/s/ Robert B. Allen
Robert B. Allen (WVSB # 110)
Samuel D. Marsh (WVSB # 6746)
KAY CASTO & CHANEY PLLC
P.O. Box 2031
Charleston, WV 25327
(304) 345-8900
rallen@kaycasto.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO: 2:14-cr-00117
 (Judge Johnston)

DAVID E. RUNYON

## CERTIFICATE OF SERVICE

I, ROBERT B. ALLEN, hereby certify that on April 23, 2015, I electronically filed the foregoing *Defendant's Motion to Exceed the Court's Page Limit for Sentencing Memorandum* with the Clerk of the Court using the CM/ECF system to the following:

Meredith George Thomas
Assistant United States Attorney
United States Attorney's Office
Email: meredith.thomas@usdoj.gov
*Counsel for United States*

 /s/ Robert B. Allen
Robert B. Allen (WVSB# 110)
KAY CASTO & CHANEY PLLC
707 Virginia Street, East, Suite 1500
P.O. Box 2031
Charleston, WV 25327
(304) 345-8900