# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/9/2015                                                      Case Number 2:14-cr-00117
Case Style: USA vs. David E. Runyon
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                         Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Meredith Thomas

Attorney(s) for the Defendant(s) Robert Allen, Samuel Marsh

Law Clerk Jamie Kastler                                             Probation Officer Jeff Gwinn

## Trial Time

## Non-Trial Time

## Court Time

2:03    to 3:10
Total Court Time: 1 Hours 7 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 2:00 p.m.
Actual Start 2:03 p.m.

Defendant present in person and by counsel for sentencing as to Counts One and Two.
Defendant placed under oath.
Court addresses PSR and remaining objections.
Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
    Total Offense Level: 22
    Criminal History: I
    Custody Range: 41-51 months
    Supervised Release Range: 1-3 years
    Fine Range: $7,500 - 3,600,000
    Assessment: $200 PAID
Defendant speaks on own behalf.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Custody: 41 months
    Supervised Release: 3 years
    Fine: $15,000
    Assessment: $200 PAID
Court states reasons for sentence imposed.
Defendant released.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 3:10 p.m.

District Judge Daybook Entry